IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01867-MSK-MEH

JAN HARDY,

    Plaintiff,

v.

PROCTER & GAMBLE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2011.**

    The Stipulated Motion to Amend Scheduling Order [filed March 9, 2011; docket #23] is **granted**. The initial expert disclosure deadline is extended up to and including **April 21, 2011**. The rebuttal expert disclosure deadline is extended up to and including **May 11, 2011**. All other scheduled dates and deadlines remain the same.